```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 19-02128-HWV
Lukas A. Bennett                                                         Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: LyndseyPr               Page 1 of 2                   Date Rcvd: Jul 29, 2019
                               Form ID: ntcnfhrg             Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
```
db             +Lukas A. Bennett,    13305 Sawanna Ct.,    Glen Rock, PA 17327-9040
5199529        +Aes/pnc Natl City,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
5214059         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5199530        +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5199557        +Bureau of Employer Tax Operations,    PO Box 68568,    Harrisburg, PA 17106-8568
5199532         CBY Systems, Inc.,    33 S. Duke St.,    York, PA 17401-1401
5199533        +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5226595        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5199534        +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,    Sioux Falls, SD 57117-6275
5199535        +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
5199536        +Citizens Bank/fm,    121 South 13th Street,    Lincoln, NE 68508-1904
5199542         First Source Advantage, LLC,    PO Box 628,    Buffalo, NY 14240-0628
5210379        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5199543        +KHESLC,   Attention: Bankruptcy,    Po Box 798,    Frankfort, KY 40602-0798
5210069        +M&T BANK,    P.O. BOX 1508,    BUFFALO, NY 14240-1508
5199545         MEP Health, LLC,    PO Box 14000,    Belfast, ME 04915-4033
5199559        +Office of Attorney General,    Financial Enforcement,    Section, Stra,
                 Harrisburg, PA 17120-0001
5199549        +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
5226460        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5199548        +Pennymac Loan Services,    Correspondence Unit/Bankruptcy,    Po Box 514387,
                 Los Angeles, CA 90051-4387
5199551        +Suntrust Bank/GreenSky,    Attn: Bankruptcy,    Po Box 29429,    Atlanta, GA 30359-0429
5199560        +U.S. Department of Justice,    PO Box 227, Ben Franklin Station,    Washington, DC 20044-0227
5199562         United States Attorney,    PO Box 11754,    Harrisburg, PA 17108-1754
5199554        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
5199555        +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
5199556         Wellspan Health,    PO Box 742688,    Cincinnati, OH 45274-2688
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5199531        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 29 2019 19:58:15     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5199537        +E-mail/PDF: creditonebknotifications@resurgent.com Jul 29 2019 19:58:18     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
5199540         E-mail/Text: mrdiscen@discover.com Jul 29 2019 19:45:32     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
5199538        +E-mail/Text: electronicbkydocs@nelnet.net Jul 29 2019 19:46:50
                 Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
5199539        +E-mail/PDF: pa_dc_ed@navient.com Jul 29 2019 19:58:37     Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
5199541         E-mail/Text: bankruptcynotice@fcbanking.com Jul 29 2019 19:46:10     First Commonwealth Bank,
                 Attn: Bankruptcy,    Po Box 400,    Indiana, PA 15701
5199546         E-mail/Text: bankruptcy@frost-arnett.com Jul 29 2019 19:45:31     Nashville Adjustment Bureau,
                 PO Box 198988,    Nashville, TN 37219-8988
5199558         E-mail/Text: cio.bncmail@irs.gov Jul 29 2019 19:46:19     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
5203209         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2019 19:58:02     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5199544         E-mail/Text: camanagement@mtb.com Jul 29 2019 19:46:24     M&T Credit Services,
                 Attn: Bankruptcy,    Po Box 1288,    Buffalo, NY 14240
5199547        +E-mail/Text: Bankruptcies@nragroup.com Jul 29 2019 19:47:16     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5225975         E-mail/PDF: pa_dc_claims@navient.com Jul 29 2019 19:58:18
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
5199561         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2019 19:46:41     PA Department of Revenue,
                 Department 280946, Attn:Bankruptcy,    Harrisburg, PA 17128-0946
5199550         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2019 20:10:02
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
5199552        +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:58:13     Synchrony Bank/ Reeds Jewelers,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5199553        +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:57:54     Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 16
```

```
***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5214060*          American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
5210722*         +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                  c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5212230*         +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                  c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5226075*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Lukas A. Bennett jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Lukas A. Bennett, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 1:19−bk−02128−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 4, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 11, 2019<br><br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 29, 2019 |

ntcnfhrg (03/18)