United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-02128-HWV

Lukas A. Bennett  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 3
Date Rcvd: Jun 21, 2021  Form ID: 3180W  Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lukas A. Bennett, 13305 Sawanna Ct., Glen Rock, PA 17327-9040 |
| 5199529 | + | Aes/pnc Natl City, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5199532 | | CBY Systems, Inc., 33 S. Duke St., York, PA 17401-1401 |
| 5199536 | + | Citizens Bank/fm, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5210379 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013 Addison, Texas 75001-9013 |
| 5199543 | + | KHESLC, Attention: Bankruptcy, Po Box 798, Frankfort, KY 40602-0798 |
| 5210069 | + | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 5199545 | | MEP Health, LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 5199559 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 5226460 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5199548 | + | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5199551 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 5199560 | + | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044-0227 |
| 5199562 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5199556 | | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5214059 | | EDI: BECKLEE.COM | Jun 21 2021 22:53:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5199530 | + | EDI: AMEREXPR.COM | Jun 21 2021 22:53:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5199531 | + | EDI: CAPITALONE.COM | Jun 21 2021 22:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5226595 | + | EDI: CITICORP.COM | Jun 21 2021 22:53:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 5199534 | + | EDI: CITICORP.COM | Jun 21 2021 22:53:00 | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 5199535 | + | EDI: CITICORP.COM | Jun 21 2021 22:53:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5199537 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 22 2021 11:58:27 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5199557 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 21 2021 18:54:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5199540 | | EDI: DISCOVER.COM | Jun 21 2021 22:53:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 5199554 | | EDI: CITICORP.COM | | |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 21 2021 22:53:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 5199538 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 21 2021 18:55:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5199539 | + | EDI: NAVIENTFKASMDOE.COM | Jun 21 2021 22:53:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5199541 | | Email/Text: bankruptcynotice@fcbanking.com | Jun 21 2021 18:54:00 | First Commonwealth Bank, Attn: Bankruptcy, Po Box 400, Indiana, PA 15701 |
| 5199546 | | Email/Text: bankruptcy@frost-arnett.com | Jun 21 2021 18:54:00 | Nashville Adjustment Bureau, PO Box 198988, Nashville, TN 37219-8988 |
| 5199542 | | EDI: FSAE.COM | Jun 21 2021 22:53:00 | First Source Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 5199558 | | EDI: IRS.COM | Jun 21 2021 22:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5199533 | | EDI: JPMORGANCHASE | Jun 21 2021 22:53:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5203209 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2021 18:53:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5199544 | | Email/Text: camanagement@mtb.com | Jun 21 2021 18:54:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 1288, Buffalo, NY 14240 |
| 5199547 | + | Email/Text: Bankruptcies@nragroup.com | Jun 21 2021 18:55:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5225975 | | EDI: NAVIENTFKASMSERV.COM | Jun 21 2021 22:53:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5199561 | | EDI: PENNDEPTREV | Jun 21 2021 22:53:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5199561 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2021 18:55:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5199549 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 21 2021 18:54:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5199550 | | EDI: PRA.COM | Jun 21 2021 22:53:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 5199552 | + | EDI: RMSC.COM | Jun 21 2021 22:53:00 | Synchrony Bank/ Reeds Jewelers, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5199553 | + | EDI: RMSC.COM | Jun 21 2021 22:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5199555 | + | EDI: WFFC.COM | Jun 21 2021 22:53:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5214060 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5210722 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5212230 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5226075 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 3180W | Total Noticed: 42 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 Lukas A. Bennett jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lukas A. Bennett | Social Security number or ITIN xxx–xx–8656 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–02128–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lukas A. Bennett

**By the court:** *Henry W. Van Eck* (signature)

6/21/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**